**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

NATALIE WATSON,

Plaintiff,

-against-

ALL THESE AGENCIES SAYING MICROSOFT CAN'T REACH PEOPLE TO GET CLASSIFIED INFORMATION, et al.,

Defendants.

--------------------------------------------------------------X

25 **CIVIL** 6005 (LLS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 18, 2026, the Court has dismissed this action as frivolous. *See* 28 U.S.C. 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

November 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**